## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CORDELIA EVANS                                              *
a/k/a CORDELIA CLOUTTERBUCK
                                                           *
       Plaintiff
                                                           *   Case No.
   v.
                                                           *
ARAMARK SPORTS &
ENTERTAINMENT SERVICES, LLC                                *

       Defendant                              *

_____

## NOTICE OF REMOVAL

Defendant, Aramark Sports and Entertainment Services, LLC ("Defendant")[1], by and through counsel, Robert P. Scanlon and Anderson & Quinn, LLC, and pursuant to 28 U.S.C. §§1332, 1441, & 1446, files this Notice of Removal from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. This Court has jurisdiction based on diversity of citizenship of the parties, and the amount in controversy exceeds $75,000 exclusive of interest and costs. In support of this Notice, Defendant states:

1. On or about June 7, 2019, Plaintiff filed this Civil Action in the Superior Court for the District of Columbia alleging negligence and personal injuries entitled CORDELIA EVANS a/k/a CORDELIA CLOUTTERBUCK v. ARAMARK SPORTS & (sic) ENTERTAINMENT SERVICES, LLC, Case No. 2019 CA 003796 B.

2. On or about June 28, 2019, Defendant, Aramark Sports and Entertainment Services, LLC ("Aramark") was served with a Summons and Complaint in this Civil Action.

3. Plaintiff, Cordelia Evans, as alleged in paragraph 2 of the Complaint, is a resident of the State of Maryland.

_____

[1] Plaintiff incorrectly named Defendant as Aramark Sports & Entertainment Services, LLC. There is no ampersand in Defendant's name.

4. Defendant, Aramark, is a Delaware Limited Liability Company with its principal place of business in Philadelphia, Pennsylvania.

5. The Supreme Court has made clear that "artificial entities *other than corporations* are not citizens for diversity purposes and that courts must look to the citizenship of their members." *Ferrell v. Express Check Advance of SC LLC*, 591 F.3d 698, 702 (4th Cir.2010) [emphasis in original] [citing *Chapman v. Barney*, 129 U.S. 677, 682, 9 S.Ct. 426 (1889)].

6. A limited liability company carries the citizenship of its members, and the citizenship of its members is" traced all the way through – that is, when a member of an LLC in itself an LLC, the citizenship of the members of *that* LLC are relevant for diversity purposes, and so on." *See Arenivar v. Manganaro Midatlantic, LLC*, 317 F.Supp.3d 362, 366-67 (D.D.C. 2018) [emphasis in original] [quoting *Jakks Pac, Inc. v. Accasvek, LLC*, 270 F. Supp.3d 191, 195 (D.D.C. 2017)].

7. The sole member of Defendant, Aramark Sports and Entertainment Services, LLC is Aramark/HMS, LLC, which is a Delaware Limited Liability Company with its principal place of business in Philadelphia, Pennsylvania.

8. The sole member of Aramark/HMS, LLC is Aramark Sports and Entertainment Group, LLC, which is a Delaware Limited Liability Company with its principal place of business in Philadelphia, Pennsylvania.

9. The sole member of Aramark Sports and Entertainment Group, LLC is Aramark Services, Inc., which is Delaware Corporation with its principal place of business in Philadelphia, Pennsylvania.

10. This Court has jurisdiction based on the diversity of citizenship pursuant to 28 U.S.C. §1332(a). There is complete diversity between the Plaintiff (Maryland) and the Defendant (through its members, Delaware)

11. The amount in controversy according to the *ad damnum* clause on page five of the Complaint, is well in excess of $75,000.

12. This Notice of Removal has been filed within thirty days of service of the Summons and Complaint in compliance with 28 U.S.C. §1446(b).

13. A copy of the all pleadings, process, and orders received and/or filed by Defendant are attached hereto as Ex. No. 1.

14. A copy of Notice of Filing a Notice of Removal from Superior Court is attached as Ex. No. 2 and will be promptly filed with the Superior Court pursuant to 28 U.S.C. §1446(d).

WHERFORE, Defendant hereby removes this matter from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

ANDERSON & QUINN, LLC


_____/s/ Robert P. Scanlon_____
Robert P. Scanlon #362660
Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
rscanlon@andersonquinn.com
*Attorneys for Defendant Aramark Sports and Entertainment Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of July 2019, a copy of the foregoing was sent via CM/ECF to:

Benjamin Douglas, Esquire
Jerry Spitz, Esquire
Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
bdouglas@ashcraftlaw.com
jspitz@ashcraftlaw.com

                                           _____/s/ Robert P. Scanlon_____
                                           Robert P. Scanlon #362660